# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

144980

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 144980
COA: 308301
Livingston CC: 10-018734-FH

JEFFREY HOWARD KLAASSEN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 9, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARILYN KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012
_____
Clerk

p0919